```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  JUAN PABLO THIERIOT,                                       :
                              Plaintiff,                     :
                                                             :       23 Civ. 1875 (LGS)
  -against-                                                  :
                                                             :            ORDER
  BILL LAGGNER,                                              :
                              Defendant.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 3, 2023, Plaintiff filed this action in the Supreme Court of the State of New York, New York County.  On March 3, 2023, Defendant filed a timely notice of removal to this District.

WHEREAS, the notice of removal states that Plaintiff is a resident of California and Florida and that Defendant is a resident of Texas.  The state court complaint states that Plaintiff resides in Florida and Defendant resides in Texas.  The notice of removal does not contain a statement regarding the parties' citizenship at time of the commencement of the action and the time of removal.

WHEREAS, "it is well-established that allegations of residency alone cannot establish citizenship." *Canedy v. Lib. Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997); *accord Wright v. Musanti*, 887 F.3d 577, 585 (2d Cir. 2018).  However, "when the basis for jurisdiction is not properly alleged, leave to correct a technical defect should be freely given." *Id.*  It is hereby

**ORDERED** that no later than **March 9, 2023**, Defendant shall file an amended notice of removal that properly states the basis for jurisdiction.

Dated: March 7, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE