UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO THIERIOT,<br><br>            Plaintiff,<br><br>v.<br><br>WILLIAM LAGGNER,<br><br>            Defendant. | Case No.: 23-cv-01875-LGS<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Maya Jumper, Esq. hereby notifies the Court and all parties that Ms. Jumper is no longer with the firm Freedman Normand Friedland LLP and involved in this matter and is therefore withdrawing as counsel of record.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Maya Jumper. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Defendant.

Dated: June 30, 2023                                */s/ Maya Jumper*
       New York, NY                                     Maya Jumper