UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN PABLO THIERIOT,
                       Plaintiff,

          -against-                     23 Civ. 1875 (LGS)

WILLIAM LAGGNER,                   <u>ORDER</u>
                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued June 22, 2023, scheduled a conference to discuss Defendant's contemplated motion to dismiss on July 12, 2023.  It is hereby

      **ORDERED** that due to a conflict with a jury trial, the July 12, 2023, conference is **ADJOURNED** to **July 19, 2023**, at **4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time is approximate, but the parties shall be prepared to proceed at the scheduled time.

Dated:  July 7, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE