**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JUAN PABLO THIERIOT,

                        Plaintiff,

                v.

BILL LAGGNER,

                        Defendant.
------------------------------------------------------------------x

Case No.: 1:23-cv-01875-JGLC

      **WHEREAS**, plaintiff Juan Pablo Thieriot ("Plaintiff") commenced this action against defendant Bill Laggner ("Defendant") by filing of the complaint asserting causes of action for breach of contract and conversion with the Supreme Court of the State of New York, New York County on February 3, 2023 (the "Complaint"); and

      **WHEREAS**, on or about March 3, 2023, Defendant removed the state court action to this Court;

      **WHEREAS**, on May 16, 2023, Plaintiff filed an Amended Complaint;

      **WHEREAS**, on August 11, 2023, Defendant filed a pre-answer motion for dismissal under Rule 12(b)(6) seeking an order dismissing the cause of action for conversion (the "Motion to Dismiss"); and

      **WHEREAS**, counsel for Plaintiff and Defendants have met and conferred concerning the Motion to Dismiss; therefore

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that:

1. Plaintiff hereby withdraws without prejudice the cause of action for conversion stated in his Amended Complaint;

2. The Motion to Dismiss is withdrawn as moot; and

3. Defendant's time to answer, move against, and/or otherwise respond to the Amended Complaint is extended through and including September 13, 2023.

**IT IS FURTHER STIPULATED AND AGREED** that electronic and/or facsimile signatures and copies shall be sufficient for all purposes.

| **MEISTER SEELIG & FEIN PLLC** | **FREEDMAN NORMAND FRIEDLAND LLP** |
|---|---|
| By: */s/ Benjamin D. Bianco* <br> Benjamin D. Bianco <br> Caitlin R. Trow <br> 125 Park Avenue, 7th Floor <br> New York, New York 10017 <br> Tel: (212) 655-3500 <br> Email: bdb@msf-law.com <br>         crt@msf-law.com <br><br> *Attorneys for Plaintiff* <br><br> Dated: August 23, 2023 | By: */s/ Devin (Velvel) Freedman* <br> Devin (Velvel) Freedman <br><br> 99 Park Avenue, 19th Floor <br> New York, NY 10016 <br> Tel: (305) 753-3675 <br> Email: vel@fnf.law <br><br><br> *Attorneys for Defendant* <br><br> Dated: August 23, 2023 |

Defendant's time to answer, move or otherwise respond to the Amended Complaint is EXTENDED to September 13, 2023. The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 24, 2023
         New York, New York